UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONEBEACON INSURANCE COMPANY, )
)
       Plaintiff(s),    )   No. CO7-1779 BZ
v.                  )
)   **BRIEFING ORDER**
PROMETHEUS REAL ESTATE    )
GROUP, INC.,             )
)
       Defendant(s).   )
_____)

     Having received defendant's motion to dismiss, **IT IS ORDERED** as follows:

     1.  Plaintiff shall accept or decline magistrate judge jurisdiction in writing by **Friday, June 22, 2007**;

     2.  Plaintiff's opposition, if any, shall be filed by **Friday, July 6, 2007**;

     3.  Defendant's reply, if any, shall be filed by **Friday, July 13, 2007**;

     4.  The hearing remains scheduled for **August 1, 2007**.

Dated: June 13, 2007

                                         Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\OneBeacon Insurance\BRIEFING ORDER.wpd

1