RANDALL E. WILLOUGHBY - 43177
ELLYN E. NESBIT - 136398
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
(408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Plaintiff
ONE BEACON INSURANCE
COMPANY

**FILED**

SEP 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONE BEACON INSURANCE
COMPANY,

    Plaintiff,

vs.

PROMETHEUS REAL ESTATE
GROUP, INC.,

    Defendants.

No. C 07-01779 WHA

**ORDER GRANTING LEAVE TO APPEAR BY PHONE AT MEDIATION**

Date:    October 23, 2007
Time:    9:00 a.m.
Mediator: Reginald D. Steer

The Request for leave to appear at mediation by telephone made by One Beacon Insurance Company is hereby granted, good cause having been shown and no objection having been made to the request, *on the condition that the client appear by telephone.* (WDB)

Dated: 9-13-07

_____
Hon. Wayne D. Brazil

Order Granting Leave